**Order entered September 20, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01089-CV

### COLEMAN G. AKIN AND CHASE P. CAMPBELL, Appellants

### V.

### JERRY C. GILMORE, INDEPENDENT EXECUTOR OF THE ESTATE OF LILLIAN MOORE BRADSHAW, DECEASED, ET AL, Appellees

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-16-01096-3**

## ORDER

Before the Court is court reporter Charletta Breed's September 19, 2017 request for a ten-day extension of time to file the record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than September 29, 2017.

/s/    CRAIG STODDART
       JUSTICE